# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03332-KLM

HENRY BROOKS, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

JAY'S JUNK REMOVAL, LLC,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through the undersigned counsel, hereby jointly stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Sara L. Faulman* | */s/ Diana C. Fields* |
| Sara L. Faulman | Diana C. Fields |
| Sarah M. Block | KUTAK ROCK LLP |
| McGILLIVARY STEELE ELKIN LLP | 1801 California Street, Suite 3000 |
| 1101 Vermont Ave., N.W. | Denver, CO 80202 |
| Suite 1000 | Phone: (303) 297-2400 |
| Washington, DC 20005 | E-mail: diana.fields@kutakrock.com |
| Phone: (202) 833-8855 | |
| E-mail: slf@mselaborlaw.com | Gillian G. O'Hara |
| E-mail: smb@mselaborlaw.com | KUTAK ROCK LLP |
| | 1650 Farnam Street |
| *Attorneys for Plaintiff* | Omaha, NE 68102 |
| | Phone: (402) 346-6000 |
| | E-mail: gigi.ohara@kutakrock.com |
| | |
| | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on the following individuals on December 30, 2020, by filing the document on the Court's CM/ECF system:

Diana C. Fields
KUTAK ROCK LLP
1801 California Street, Suite 3000
Denver, CO 80202
(303) 297.2400
diana.fields@kutakrock.com

Gillian G. O'Hara
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
gigi.ohara@kutakrock.com

                                                                           */s/ Sara L. Faulman*
                                                                           Sara L. Faulman